UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR LENARD AUSTIN,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN SNAZA,<br><br>                Defendant. | CASE NO. 3:22-cv-05567-JHC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

1) The Report and Recommendation is approved and adopted.

2) Petitioner's federal habeas petition (Dkt. # 1) and this action are DISMISSED without prejudice.

3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

4) The Clerk is directed to send copies of this Order to Petitioner, to Petitioner's mother,[1] and to Judge Peterson.

Dated this 4th day of November, 2022.

John H. Chun
United States District Judge

---

[1] The address for Petitioner's mother can be found at Dkt. # 1-1 at 16.